No. 812. FRANK WEEKE *v.* UNITED STATES. February 28, 1927. Petition for a writ of certiorari to the Circuit

Court of Appeals for the Eighth Circuit denied. *Mr. Walter A. Hill* for petitioner. *Solicitor General Mitchell, Assistant Attorney General Willebrandt,* and *Mr. Norman J. Morrisson* for the United States.